**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**TERANCE AHMAD WALLACE**                                                                **PLAINTIFF**

**VERSUS**                                                        **CIVIL ACTION NO. 1:08cv20-RHW**

**HARRISON COUNTY BOARD
OF SUPERVISORS**                                                                             **DEFENDANT**

## FINAL JUDGMENT

This civil action came on for bench trial before the Court on March 3, 2009, the

Honorable Robert H. Walker, United States Magistrate Judge presiding.  The Court heard

testimony of the Plaintiff and his witnesses and received the documentary evidence offered.  At

the conclusion of Plaintiff's case, for the reasons dictated into the record in open court, the Court

granted Defendant's motion for directed verdict, due to Plaintiff's failure to present evidence to

establish the essential elements of his claims that being housed in a two-man cell with two other

inmates and having a roof which leaked when it rained at the Harrison County Adult Detention

Center violated his constitutional rights.  It is therefore,

**ORDERED** that final judgment is hereby entered in favor of the Defendant, and this case

is dismissed, this the 3rd day of March, 2009.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE